**E-filed 5/21/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ANTONIO CANDELARIO, JR., | ) | No. C 07-2470 JF (PR) |
|---|---|---|
| Plaintiff, | ) | ORDER CORRECTING ERRONEOUS FILING; |
| vs. | ) | CLOSING CASE; INSTRUCTIONS TO CLERK |
| SALINAS VALLEY STATE PRISON, | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 on May 8, 2007. Plaintiff filed an earlier civil rights complaint with this Court on February 14, 2007, case no. C 07-0934 JF (PR), which alleges the same claims against the same Defendants as the instant complaint. It appears the instant complaint was mistakenly received and opened as a new case in this action. Because the instant case was opened erroneously, the Clerk shall copy all documents in the instant case and transfer the documents to case no. C 07-0934 JF (PR). The Clerk shall terminate any pending motions and close the file. No filing fee is due.

\\\

\\\

\\\

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\cr.07\Candelario470close        1

1 | The Court will review Plaintiff's complaints in a separate written order in the earlier case,
2 | C 07-0934 JF (PR).
3 |     IT IS SO ORDERED.
4 |
5 | DATED: __5/18/07_____      _____
    JEREMY FOGEL
    United States District Judge

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\cr.07\Candelario470close    2

1  A copy of this ruling was mailed to the following:

2

3  Antonio Candelario, Jr.
   T-11223
4  Salinas Valley State Prison
   P.O. Box 1050
5  Soledad, CA  93960

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28